UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARL IGNACUINOS,
PAMELA DAVIS,
   Plaintiffs,

v.

BOEHRINGER INGELHEIM
PHARMACEUTICALS INC.,
   Defendant.

3:19-cv-672-SRU

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendant's motion to dismiss.

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling (Doc. No. 44), on September 23, 2020, granting the defendant's motion, it is therefore;

ORDERED, ADJUDGED and DECREED that judgment is hereby entered in favor of Boehringer Ingelheim Pharmaceuticals, Inc., against Carl Ignacuinos and Pamela Davis dismissing the case in accordance with the ruling, and the case is closed.

Dated at Bridgeport, Connecticut, this 25th day of September 2020.

Robin D. Tabora, Clerk

By   /s/ Rochelle Jaiman
       Deputy Clerk

Entered on Docket:  9/25/2020